UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CONCEPTS NREC, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPINPO, LLC, MENGMENG ZHANG, and )<br>DOES 1-10, )<br>)<br>Defendants. ) | Case No. 2:23-cv-612 |

## ORDER ON REQUEST FOR ENTRY OF DEFAULT
### (Doc 4)

Entry of default by the clerk of court against the California corporation Spinpo, LLC is supported by the filing of a return of service on the registered agent for the corporation. (Doc. 4.1).

Plaintiff shall file an explanation of the legal basis for service on the individual defendant Mengmeng Zhang through service on Legalcorp Solutions, Inc. within thirty (30) days. Pending an explanation and further ruling by the court, the clerk shall not enter default against defendant Zhang.

Dated at Burlington, in the District of Vermont, this 28th day of December, 2023.

_____
Chief Judge, U.S. District Court